Lane M. Nussbaum SBN 264200
Brandon S. Dimond SBN 26876
Wayne M. Abb, SBN 91625
NUSSBAUM APC
27489 Agoura Road Ste. 102
Agoura Hills, CA 9131
Telephone: 818-660-1919
lnussbaum@nussbaumapc.com

Attorneys for Defendant Izydor Wilchfort as
Trustee of the Wilchfort Family Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENNETT ROE D/B/A BROTHERS BAR-B-QUE; IZYDOR WILCHFORT, AS TRUSTEE OF THE WILCHFORT FAMILY TRUST Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-04138-MWF-JC<br><br>**DEFENDANTS IZYDOR WILCHFORT, AS TRUSTEE OF THE WILCHFORT FAMILY TRUST ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: May 6, 2020 |

### DEFENDANT IZYDOR WILCHFORT AS TRUSTEE OF THE WILCHFORT FAMILY TRUST ANSWER TO PLAINTIFF'S COMPLAINT

Defendants Izydor Wilchfort, as Trustee of the Wilchfort Family Trust. ("Defendants") answer to the complaint of Plaintiff Mister Bailey("Plaintiff"), filed in the above-captioned matter on May 6, 2020, and assert the following affirmative defenses as follows:

## ANSWER TO PLAINTIFF'S COMPLAINT

## GENERAL DENIAL

Unless expressly admitted below, Defendants deny each and every allegation Plaintiff has set forth in his Complaint.

## RESPONSE TO PLAINTIFF'S SPECIFIC ALLEGATIONS

Answering the specific allegations of Plaintiff's Complaint, Defendants respond with the following paragraphs, which correspond sequentially to the paragraphs in Plaintiff's Complaint:

## PARTIES:

1. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 1 and can neither admit nor deny such allegations.

2. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 2 and can neither admit nor deny such allegations.

3. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 3 and can neither admit nor deny such allegations.

4. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 4 and can neither admit nor deny such allegations.

5, Defendant admits that Defendant Izador Wilchfor Trustee of the Wilchfort Family Trust is the owner of the property located at 7725 Crenshaw Blvd., Los Angeles California

6. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 6 and can neither admit nor deny such allegations.

7. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 7 and can neither admit nor deny such allegations.

8. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 8 and can neither admit nor deny such allegations.

9. Defendants lack knowledge or information sufficient to form a belief as to the allegations in Paragraph 9 and can neither admit nor deny such allegations.

10. Defendant denies the allegations contained in paragraph 10 of Plaintiffs complaint in their entirety.

11. Defendant denies the allegation contained in paragraph 11 of Plaintiffs complaint in their entirety.

12. Defendant denies all the allegations contained in paragraph 12 of Plaintiffs complaint in their entirety

13. Defendant denies all the allegations contained in paragraph 13 of Plaintiffs complaint in their entirety

14. Defendant denies all the allegations contained in paragraph 14 of Plaintiffs complaint in their entirety

15. Defendant incorporates by reference each of the allegations in all prior paragraphs of this answer.

16. Paragraph 16 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 16 of the

Complaint.

17. Paragraph 17 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 17 of the Complaint.

18. Paragraph 18 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 18 of the Complaint.

19. Paragraph 19 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 19 of the Complaint.

20. Paragraph 20 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 20 of the Complaint.

21. Defendant denies the allegations contained in paragraph 21 of the complaint

22. Paragraph 22 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 22 of the Complaint.

23. Defendant denies all the allegations contained in paragraph 23 of the complaint

24. Paragraph 24 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is

required, Defendants deny the allegations in Paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in paragraph 25 of the complaint

26. The first portion of paragraph 26 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 26 of the Complaint. Defendant denies that portion of paragraph 26 that alleges defendant is in violation of Plaintiffs rights under the ADA

27. Defendants deny each allegation in Paragraph 27 of the complaint.

28. Defendant incorporates by reference each of its allegations as set forth in all prior paragraphs of this answer.

29. Paragraph 29 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 29 of the Complaint.

30. Paragraph 30 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 30 of the Complaint.

31. Paragraph 31 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 31 of the Complaint.

32. Paragraph 32 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is

5
DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT
100272368

required, Defendants deny the allegations in Paragraph 32 of the Complaint.

33. Paragraph 33 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 33 of the Complaint.

34. Defendant incorporates all the prior allegations contained in all prior paragraphs of this answer.

35. . Paragraph 35 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 35 of the Complaint.

36. Paragraph 36 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 36 of the Complaint.

37. Paragraph 37 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 37 of the Complaint.

38. Defendant denies the allegations contained in paragraph 38 of the complaint

39. Defendant denies each allegation in Paragraph 39 of the complaint

40. Defendant incorporates all the allegations contain in prior paragraphs of this answer.

41. Defendants deny each allegation in Paragraph 41 of the complaint.

42. Defendants deny each and every allegation in Paragraph 42 of the

complaint

43. Defendants deny each allegation in Paragraph 43.

44. Defendant incorporates all prior allegations contained in this answer.

45. Paragraph 45 is a legal contention, characterization, and/or conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 45 of the Complaint.

46. Defendants deny each and every allegation in Paragraph 46. of the Complaint

47. Defendant denies each allegation in paragraph 47 of the Complaint

.

## PRAYER

Defendants deny that Plaintiff, or any member of the alleged representative class or any putative member of the purported class, are entitled to any of the relief for which they pray, and Defendants accordingly deny all of the allegations contained in Plaintiff's Prayer.

Except as specifically admitted herein, Defendants deny each allegation in the Complaint. Defendants reserve the right to amend this Answer and to assert additional defenses based on further investigation and discovery.

## DEFENDANTS' AFFIRMATIVE AND OTHER DEFENSES

Defendants assert the following affirmative and other defenses set forth below, and in making such defenses do not concede that they bear the burden of proof as to any of them. Discovery has not yet begun in this matter, and therefore Defendants have not yet fully collected and reviewed all of the information and materials that may be relevant to the matters and issues raised herein. Accordingly, Defendants reserve the right to amend, modify, or expand these defenses and to

take further positions as discovery proceeds in this matter.

### FIRST AFFIRMATIVE DEFENSE

As to all the causes of action, Plaintiff's Complaint and each separately stated cause of action stated therein fails to state facts sufficient to constitute a cause of action against Defendants.

### SECOND AFFIRMATIVE DEFENSE

As to all causes of action, Plaintiff's claims are reduced to the extent that Plaintiff failed to mitigate his damages.

### THIRD AFFIRMATIVE DEFENSE

As to all causes of action, Plaintiff's Complaint is barred, in whole or in part, by reason of Plaintiff's unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

As to all causes of action, Plaintiff's Complaint is barred, in whole or in part, by the equitable doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

As to all causes of action, Plaintiff's Complaint is barred, in whole or in part, by the equitable doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

As to all causes of action, Plaintiff's Complaint is barred, in whole or in part, by the equitable doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE

As to all causes of action, Plaintiff's Complaint is barred, in whole or in part, because Defendants' conduct was justified and/or privileged or both under the circumstances, barring any recovery against Defendants.

### EIGHTH AFFIRMATIVE DEFENSE

As to all causes of action, damages, if any, sustained by Plaintiff were caused and contributed to, in whole or in part by Plaintiff's acts or conduct and not

by any acts or conduct of Defendants.

### NINTH AFFIRMATIVE DEFENSE

Defendant alleges that damages, if any, incurred by Plaintiffs were caused and/or contributed to in whole or in part by the negligent, willful and/or intentional acts of third parties, other than Defendants.

### TENTH AFFIRMATIVE DEFENSE

At all times mentioned in Plaintiff's Complaint, Plaintiffs consented to Defendants' acts and conduct.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and all separately stated causes of action stated therein, is barred by the applicable statute of limitations.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred because parties have reached an accord and satisfaction of any damages Plaintiff may have incurred.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is seeking to recover damages that are completely speculative in nature.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendants alleges that Plaintiff is barred from any recovery by the doctrine of laches.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendants are not legally responsible for property that is not within their possession, custody, or control.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff does not meet the requirements for a disability under the Americans with Disabilities Act or Unruh Rights Act.

WHEREFORE, Defendants Los Angeles Home-Owners Aid, Inc. and Tacos

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**
100272368

Baja, Inc. for judgment, as follows:

1. That Plaintiff takes nothing by reason of the Complaint on file herein;

2. For judgment in favor of Defendants and against Plaintiff on all of the causes of action set forth in the Complaint;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems just and reasonable.

Dated: May 26, 2020,                                  **NUSSBAUM APC**

By: _____
LANE NUSSBAUM
BRANDON S. DIMOND
WAYNE M. ABB

Attorneys for Defendant
Izydor Wilchfort, Trustee of
The Wilchfort Family Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27489 Agoura Rd., Ste 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled (*specify*): Answer _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __05/26/2020__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
SO. CAL EQUEAL ACCES GROUP Jason J Kim, Jason Yoon - 101 S. Western Ave. Second Floor, Los Angeles, CA 90004

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/2020 | Shauna Wilcox | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**